COM.

v.

**RULEY, R.**

**832 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

CP–51–CR–0006092–2015 (Philadelphia)

Affirmed

IN the INTEREST OF:
N.O.W., a Minor

**1749 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

CP–51–AP–000056–2016, CP–51–DP–0002461–2013, FID: 51–FN–004675–2013 (Philadelphia)

Affirmed

**HOUSING OPPORTUNITY PARTNERS**

v.

**MEHALSHICK, M.**

**1465 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 8/4/2017

C48CV2014–2621 (Northampton)

Affirmed

**MANCINI, R.**

v.

**CONCORDE GROUP, INC.**

**1849 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 8/3/2017

10–6489
(Delaware)

Quashed